No. 03–6218.   IN RE PEARSON; and
No. 03–6818.   IN RE CASIANO.   Petitions for writs of mandamus denied.

No. 03–334.   RASUL ET AL. *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL.; and
No. 03–343.   AL ODAH ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari granted limited to the following question: "Whether the United States courts lack jurisdiction to consider challenges to the legality of the detention of foreign nationals captured abroad in connection with hostilities and incarcerated at the Guantanamo Bay Naval Base, Cuba." Cases consolidated, and a total of one hour alloted for oral argument.   Reported below: 321 F. 3d 1134.

No. 02–572.   INTEL CORP. *v.* ADVANCED MICRO DEVICES, INC. C. A. 9th Cir.   Certiorari granted.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 02–1843.   SHEPARD *v.* CAVALIERI, AS PLENARY GUARDIAN OF THE ESTATE OF CAVALIERI, A DISABLED PERSON.   C. A. 7th Cir.   Certiorari denied.

No. 03–46.   GLOBAL RELIEF FOUNDATION, INC. *v.* SNOW, SECRETARY OF THE TREASURY.   C. A. 7th Cir.   Certiorari denied.

No. 03–136.   ANDREWS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 03–203.   UNITED PHOSPHORUS, LTD., ET AL. *v.* ANGUS CHEMICAL CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 03–331.   EIE GUAM CORP. *v.* LONG TERM CREDIT BANK OF JAPAN, LTD., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–332.   DODGE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DODGE, ET AL. *v.* COTTER CORP.